**Johnston Agency, Inc.**
P.O. Box 498
422 North Main Street
Henderson, KY 42419-0498
Telephone: (270) 826-9721

# INVOICE

DATE: 09/15/03

SIDEWAYS, LLC
209 WEST 21ST STREET
LORAIN, OHIO 44052

| Invoice Description | 2000 BMW X5 VIN WBAFB3351YLH04392 REMOVED FROM BUSINESS AUTO POLICY EFFECTIVE 07/21/03 |
|---|---|

| Producer | Company | Number | Effective | Expires | Customer Service Rep. |
|---|---|---|---|---|---|
| Mary Julia Colby | Bituminous Casualty | CAP 3 170 895 | 07/21/03 | 07/21/04 | |

| Trans Code | Description | | | | Amount |
|---|---|---|---|---|---|
| Endorsement | Business Auto Policy | | | | $ (1,601.00) |
| | | | | Total Due | $ (1,601.00) |

*THANK YOU FOR YOUR BUSINESS!*

**Sideways, LLC**
HORIZONTAL DRILLING SPECIALISTS
Headquarters & Accounting
209 W. 21st Street
Lorain, OH 44052

4309

FIRST MERIT BANK, N.A.
56-55/412

DATE 02/03/2005   AMOUNT $3000.00

PAY Three Thousand dollars and 00/100

TO THE ORDER OF
The Johnston Agency, Inc
422 N Main St
P.O. Box 498
Henderson, KY 42419-0498

⑈004309⑈ ⑆041200555⑆ 550101214⑈

4311

FIRST MERIT BANK, N.A.

*Sideways, LLC*